AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE Jan 9, 2007 |
| NAME OF SERVER (PRINT) Patricia Marks | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): I served the complaint by certified return receipt US mail to Ross Swimmer, Special Trustee USDOI on Jan 8, 2007

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date

Signature of Server: Patricia Marks

Address of Server: 15992 AE Mullinex, Woodbine MD 21797

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] | ☒ Agent<br>☐ Addressee |
| | B. Received by ( *Printed Name* )<br>Melanie Lowery | C. Date of Delivery<br>1/8/07 |
| 1. Article Addressed to:<br><br>Ross Swimmer, Special Trustee<br>U.S. Department of the Interior<br>1849 C. Street N.W.<br>Washington, D.C. 20240 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☒ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | |
| 2. Article Number<br>*(Transfer from service label)* | 7006 0100 0004 0935 2160 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

SoK