AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Jan 14, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Patricia Marks | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): I served the complaint by certified return receipt US mail on Sec of the Treasury Henry Paulson on Jan 8, 2007

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Jan 14, 2007
    Date

Signature of Server: Patricia Marks

Address of Server: 15992 AE Mullinix, Woodbine MD 21797

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable Henry Paulson
Secretary of the Treasury
1500 Pennsylvania Ave. N.W.
Washington, D.C. 20220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *M. Middleton*       ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
JAN 8 - 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 0100 0004 0935 2368

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540