IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SOKAOGON CHIPPEWA COMMUNITY (aka MOLE LAKE BAND OF LAKE SUPERIOR CHIPPEWA INDIANS), | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 06cv02247-JR |
| DIRK KEMPTHORNE, Secretary of the Interior, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

**PARTIES' JOINT MOTION FOR
TEMPORARY STAY OF LITIGATION
AND [PROPOSED] ORDER**

Pursuant to Rule 6.1 of the Federal Rules of Civil Procedure (Fed. R. Civ. P.) and Local Civil Court Rule (LCvR) 7, the parties respectfully request that this Court issue a temporary stay of the litigation of this case, effective immediately, to and including June 27, 2007. The grounds for this joint motion are as follows:

1.     Plaintiff filed this case on December 29, 2006. See Complaint, Doc. 1. Also on that day, Plaintiff filed a companion case for damages in the United States Court of Federal Claims (CFC), Sokaogon Chippewa Community v. United States, No. 06-cv-00930-LJB (Fed. Cl.). Plaintiff makes allegations in both cases relating to the trust accounting and trust management responsibilities allegedly owed by Defendants to Plaintiff.

2.     Based on the date of service under Fed. R. Civ. P. 4, the deadline for Defendants to file their Answer or otherwise respond to the Complaint in this case is March 12, 2007.

3.     On or about February 13, 2007, Plaintiff's counsel, Glenn C. Reynolds, conferred with Defendants' counsel, Anthony P. Hoang, about Plaintiff's two cases, and, among other things,

they discussed and agreed that (a) they would explore settlement discussions to resolve the issues and claims asserted by Plaintiff in its cases; (b) undertake several activities, including informal requests and productions of relevant or potentially relevant documents and data, in furtherance of the settlement discussions; and (c) seek a temporary stay of litigation, to and including June 27, 2007.  Counsel for the parties agreed that, during the requested stay of litigation, they would confer, among other things, about developing and implementing a joint, cooperative process or framework for obtaining relevant or potentially relevant documents and data and for exploring the possibility of settling Plaintiff's cases.

4.     Also, counsel for the parties discussed the fact that, by Defendants' computation, there are presently about 103 Tribal trust accounting and trust mismanagement lawsuits pending in this Court,[1] in other United States District Courts,[2] and in the CFC.[3] Exh. 1.

5.     Further, counsel for the parties agreed that, given the number of cases and the significant potential for overburdening already limited resources, it would be sensible for the Tribes in litigation (including Plaintiff) and Defendants to work together to formulate and execute an appropriate joint and cooperative response to or method for handling or resolving the cases without the need for litigation, if possible.

---

[1]     There are currently 37 Tribal trust cases, including the instant case, in this Court.  Exhibit (Exh.) 1.  Most of the Tribes bringing these lawsuits (like Plaintiff) have also filed companion cases in the CFC.  Id.

[2]     There are currently nine Tribal trust cases in the United States District Courts in Oklahoma.  Exh. 1.  Most of the Tribes bringing these lawsuits (like Plaintiff) have also filed companion cases in the CFC.  Id.

[3]     There are currently 57 Tribal trust cases, including Plaintiff's companion case, in the CFC.  Exh. 1.

6.      To that end, Defendants' counsel has been and continues to be working diligently with attorneys from the Solicitor's Office for the Interior Department and from the Chief Counsel's Office for the Financial Management Service of the United States Department of the Treasury (i.e., the federal agencies principally involved in the Tribal trust accounting and trust mismanagement issues and claims raised by the Tribes, including Plaintiff in this case and in its CFC companion case) and with counsel for the Tribes in the cases (including Plaintiff's counsel), to determine the feasibility of developing a joint, cooperative approach for resolving the Tribes' issues and claims as an alternative to litigation.  At a minimum, regardless of the outcome of Defendants' discussions with other Tribes in other cases, counsel for the parties herein agreed that they would undertake the same determination regarding a joint, cooperative approach with respect to Plaintiff's issues and claims in this case, as well as Plaintiff's CFC companion case.

7.      Given the large number of Tribal trust cases pending in this Court, the United States District Courts in Oklahoma, and the CFC, and given the likelihood that the Tribes and Defendants will explore settlement discussions in the cases, counsel for the parties herein agreed that it would take  time and effort to convene (let alone, conclude) a discussion among themselves and that, therefore, it would be appropriate to seek a temporary stay of the litigation in this case, to and including June 27, 2007, so as to permit an adequate opportunity for such a discussion.  The parties anticipate that they will require some time in this case, as well as Plaintiff's CFC companion case, to confer and determine how to develop a good-faith process for identifying and producing documents necessary for meaningful settlement discussions and for conducting those settlement discussions.  Accordingly, counsel agreed that, on or before July 27, 2007, they would inform the Court in writing of the outcome of their joint discussion and their proposal, if any, about whether

and how to proceed with the case (e.g., informal settlement discussions, formal ADR (including mediation), or litigation).

        8.      Based on the foregoing, the parties hereby respectfully request that the Court grant the following relief:

        a.      Temporarily stay the litigation of this case, to and including June 27, 2007;

        b.      Make the temporary stay effective immediately, thus deferring, among other things, the time and obligation for Defendants to file their Answer or otherwise respond to the Complaint, until after the termination of the temporary stay;

        c.      Order that the parties file a joint status report on or before June 27, 2007, informing the Court of the status of their efforts to resolve the issues and claims of this case and Plaintiff's CFC companion case, and making a proposal and joint motion, if appropriate, to the Court about whether and how to proceed with this case; and

        d.      Direct that, in the event that the parties seek to reinstate and proceed with the litigation of this case, the parties set forth, in their joint status report and motion, if appropriate, their recommendations regarding the deadlines for such items as the filing by Defendant of its Answer or response to the Complaint and the compliance of the parties with the requirements of LCvR 16.3.

        9.      On the one hand, the granting of this joint motion would serve the public interest by promoting judicial economy and conserving the parties' limited resources. Further, it would not cause any undue prejudice or harm to the rights and interests of the parties herein. On the other hand, the denial of the joint motion would unduly interfere with the parties' ability to confer among themselves and with the Tribes in the other Tribal trust accounting and trust mismanagement lawsuits and possibly devise an efficient, cost-effective, and resource-conserving way for addressing

and handling the 103 cases (or some portion of those cases) that have been filed by Plaintiff and other Tribes in this Court, in other United States District Courts, and in the CFC.

10.    Undersigned Defendants' counsel contacted counsel for Plaintiff, Mr. Reynolds, by e-mail on March 4 and 8, 2007, and by telephone on March 6, 7, and 8, 2007.  Further, Defendants' counsel contacted counsel for Plaintiff, Patricia A. Marks, by e-mail on March 4, 2007, and by telephone and e-mail on March 8, 2007, about this joint motion and its filing.  Mr. Reynolds and Ms. Marks stated that they authorized Defendants' counsel to sign and file on their and Plaintiff's behalf.

WHEREFORE, the parties respectfully request that their motion for temporary stay of litigation be GRANTED.

Respectfully submitted this 8th day of March, 2007,

MATTHEW McKEOWN
Acting Assistant Attorney General

*/s/ Patricia A. Marks*
*by /s/ Anthony P. Hoang, pursuant to*
*oral and written authorization on*
*March 8, 2007*
PATRICIA A. MARKS
15992 A.E. Mullinix Road
Woodbine, MD 21797-8440
Tel: (410) 489-4553
Fax: (301) 854-5117

*/s/ Anthony P. Hoang*
ANTHONY P. HOANG, FL Bar #798193
MARTIN J. LALONDE, IL Bar #6218249
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C.  20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0247
Fax: (202) 353-2021

*/s/ Glenn C. Reynolds*
*by /s/ Anthony P. Hoang, pursuant to*
*oral and written authorization on*
*March 8, 2007*
GLENN C. REYNOLDS
407 East Main Street
Madison, WI 53703
Tel: (608) 257-3621
Fax: (608) 257-5551

Attorneys for Defendant

Attorney for Plaintiff

OF COUNSEL:

- 5 -

CANDACE N. BECK
Office of the Solicitor
United States Department of the Interior
Washington, D.C.  20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C.  20227

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing JOINT MOTION FOR TEMPORARY STAY OF LITIGATION, [PROPOSED] ORDER, and EXHIBIT 1 was served on March 8, 2007, by Electronic Case Filing or by regular United States mail, first-class postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

Glenn C. Reynolds
407 East Main Street
Madison, WI 53703
Fax: (608) 257-5551

Patricia A. Marks
15992 A.E. Mullinix Road
Woodbine, MD 21797-8440
Fax: (301) 854-5117

_/s/ Anthony P. Hoang_
ANTHONY P. HOANG

IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SOKAOGON CHIPPEWA COMMUNITY | ) | |
| (aka MOLE LAKE BAND OF LAKE | ) | |
| SUPERIOR CHIPPEWA INDIANS), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06cv02247-JR |
| | ) | |
| DIRK KEMPTHORNE, | ) | |
| Secretary of the Interior, <u>et al.</u>, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on the parties' joint motion for temporary stay of litigation.

Upon consideration of the joint motion and for good cause shown, it is hereby ordered that

1.      The parties' joint motion should be and hereby is GRANTED;

2.      Effective immediately, the litigation of this case, including Defendant's time and

obligation to file its Answer or otherwise respond to the Complaint, is temporarily stayed until June

27, 2007;

3.      The parties shall file a joint status report on or before June 27, 2007, informing the

Court of the status of their efforts to resolve the issues and claims of this case (if any) and of

Plaintiff's companion case, <u>Sokaogon Chippewa Community v. United States</u>, No. 06-cv-00930-LJB

(Fed. Cl.), and making a proposal and joint motion, if appropriate, to the Court about whether and

how to proceed with this case; and

4.      In the event that the parties seek to reinstate and proceed with the litigation of this

case, the parties shall set forth, in their joint status report and motion, if appropriate, their

recommendations regarding the deadlines for such items as the filing by Defendant of its Answer

or response to the Complaint and the compliance with the requirements of Local Civil Court Rule

16.

      SO ORDERED.

Date: _____     _____

                                    HON. JAMES ROBERTSON
                                    United States District Court

# EXHIBIT 1

**CURRENT TRIBAL TRUST ACCOUNTING AND TRUST MISMANAGEMENT CASES**

**I.**

| No. | Names and Civil Docket Numbers of Cases Filed in United States District Court for District of Columbia |
|-----|---------------------------------------------------------------------------------------------------------|
| 1 | *Ak-Chin Indian Community v. Kempthorne* No. 06-cv-02245-JR |
| 2 | *Assiniboine and Sioux Tribes of the Fort Peck Indian Reservation v. Kempthorne* No. 02-cv-00035-JR |
| 3 | *Cheyenne River Sioux Tribe v. Kempthorne* No. 06-cv-01897-JR |
| 4 | *Chippewa Cree Tribe of the Rocky Boy's Reservation v. Kempthorne* No. 02-cv-00276-JR |
| 5 | *Coeur d'Alene Tribe v. Kempthorne* No. 06-cv-02242-JR |
| 6 | *Colorado River Indian Tribes v. Kempthorne* No. 06-cv-02212-JR |
| 7 | *Confederated Tribes of the Colville Reservation v. Kempthorne* No. 05-cv-02471-JR |
| 8 | *Confederated Tribes of the Goshute Reservation v. Kempthorne* No. 06-cv-01902-JR |
| 9 | *Crow Creek Sioux Tribe v. Kempthorne* No. 04-cv-00900-JR |
| 10 | *Eastern Shawnee Tribe of Oklahoma v. Kempthorne* No. 06-cv-02162-JR |
| 11 | *Gila River Indian Community v. Kempthorne* No. 06-cv-02249-JR |
| 12 | *Haudenosaunee, Onondaga Nation v. Kempthorne* No. 06-cv-02254-JR |
| 13 | *Iowa Tribe of Kansas and Nebraska v. Kempthorne* No. 06-cv-01899-JR |

| No. | Names and Civil Docket Numbers of Cases Filed in United States District Court for District of Columbia |
|-----|-------------------------------------------------------------------------------------------------------|
| 14  | *Lower Brule Sioux Tribe v. Kempthorne*<br>No. 05-cv-02495-JR |
| 15  | *Muskogee (Creek) Nation of Oklahoma v. Kempthorne*<br>No. 06-cv-02161-JR |
| 16  | *Nez Perce Tribe, Mescalero Apache Tribe, Tule River Indian Tribe, Hualapai Tribe, Yakama Nation, Klamath Tribes, Yurok Tribes, Cheyenne-Arapaho Tribe, Pawnee Nation of Oklahoma, Sac and Fox Nation, and Santee Sioux Tribe of Nebraska v. Kempthorne*<br>No. 06-cv-02239-JR |
| 17  | *Northern Cheyenne Tribe of Indians v. Kempthorne*<br>No. 06-cv-02250-JR |
| 18  | *Northwestern Band of Shoshone Indians v. Kempthorne*<br>No. 06-cv-02163-JR |
| 19  | *Oglala Sioux Tribe v. Kempthorne*<br>No. 04-cv-01126-JR |
| 20  | *Omaha Tribe of Nebraska v. Kempthorne*<br>No. 04-cv-00901-JR |
| 21  | *Osage Tribe of Indians of Oklahoma v. United States*<br>No. 04-cv-00283-JR |
| 22  | *Passamaquoddy Tribe of Maine v. Kempthorne*<br>No. 06-cv-02240-JR |
| 23  | *Pechanga Band of Luiseno Mission Indians v. Kempthorne*<br>No. 06-cv-02206-JR |
| 24  | *Prairie Band of Potawatomi Nation v. Kempthorne*<br>No. 05-cv-02496-JR |
| 25  | *Red Cliff Band of Lake Superior Indians v. Kempthorne*<br>No. 06-cv-02164-JR |
| 26  | *Rosebud Sioux Tribe v. Kempthorne*<br>No. 05-cv-02492-JR |

| No. | Names and Civil Docket Numbers of Cases Filed in United States District Court for District of Columbia |
|-----|--------------------------------------------------------------------------------------------------------|
| 27 | *Salt River Pima-Maricopa Indian Community v. Kempthorne*<br>No. 06-cv-02241-JR |
| 28 | *Shoshone-Bannock Tribes of the Fort Hall Reservation v. Kempthorne*<br>No. 02-cv-00254-JR |
| 29 | *Sokaogon Chippewa Community v. Kempthorne*<br>No. 06-cv-02247-JR |
| 30 | *Standing Rock Sioux Tribe v. Kempthorne*<br>No. 02-cv-00040-JR |
| 31 | *Stillaguamish Tribe of Indians v. Kempthorne*<br>No. 06-cv-01898-JR |
| 32 | *Te-Moak Tribe of Western Shoshone Indians v. Kempthorne*<br>No. 05-cv-02500-JR |
| 33 | *Three Affiliated Tribes of the Fort Berthold Reservation v. Kempthorne*<br>No. 02-cv-00253-JR |
| 34 | *Tohono O'Odham Nation v. Kempthorne*<br>No. 06-cv-02236-JR |
| 35 | *Winnebago Tribe of Nebraska v. Kempthorne*<br>No. 05-cv-02493-JR |
| 36 | *Wyandot Nation of Kansas v. Kempthorne*<br>No. 05-cv-02491-JR |
| 37 | *Yankton Sioux Tribe v. Kempthorne*<br>No. 03-cv-01603-JR |

II.

| No. | Names and Civil Docket Numbers of Cases Filed<br>In United States District Courts in Oklahoma |
|---|---|
| 1 | *Alabama-Quassarte Tribal Town v. Kempthorne*<br>No. 06-cv-00558-RAW (E.D. Okla.) |
| 2 | *Chickasaw Nation and Choctaw Nation v. Department of the Interior*<br>No. 05-cv-01524-W (W.D. Okla.) |
| 3 | *Kaw Nation v. Kempthorne*<br>No. 06-cv-01437-W (W.D. Okla.) |
| 4 | *Miami Tribe of Oklahoma v. Kempthorne*<br>No. 06-cv-00698-JHP-SAJ (N.D. Okla.) |
| 5 | *Otoe-Missouria Tribe of Oklahoma v. Kempthorne*<br>No. 06-cv-01436-C (W.D. Okla.) |
| 6 | *Ponca Tribe of Indians of Oklahoma v. Kempthorne*<br>No. 06-cv-01439-C (W.D. Okla.) |
| 7 | *Seminole Nation of Oklahoma v. Kempthorne*<br>No. 06-cv-00556-SPS (E.D. Okla.) |
| 8 | *Tonkawa Tribe of Indians v. Kempthorne*<br>No. 06-cv-01435-F (W.D. Okla.) |
| 9 | *United Keetoowah Band of Cherokee Indians in Oklahoma v. United States*<br>No. 06-cv-00559-RAW (E.D. Okla.) |

III.

| No. | Names and Docket Numbers of Cases Filed<br>In United States Court of Federal Claims |
|-----|---------------------------------------------------------------------------------------|
| 1 | *Ak-Chin Indian Community v. United States*<br>No. 06-cv-00932-ECH |
| 2 | *Blackfeet Tribe of the Blackfeet Indian Reservation v. United States*<br>No. 02-cv-00127-LSM |
| 3 | *Cheyenne River Sioux Tribe v. United States*<br>No. 06-cv-00915-NBF (ADR Judge Marian B. Horn) |
| 4 | *Chippewa Cree Tribe of the Rocky Boy's Reservation; Little Shell Tribe of Chippewa Indians; Turtle Mountain Band of Chippewa Indians; White Earth Band of Chippewa Indians v. United States (Pembina Judgment Fund)*<br>No. 92-cv-00675-ECH |
| 5 | *Coeur d'Alene Tribe v. United States*<br>No. 06-cv-00940-EJD |
| 6 | *Colorado River Indian Tribes v. United States*<br>No. 06-cv-00901-LAS |
| 7 | *Confederated Tribes of the Goshute Reservation v. United States*<br>No. 06-cv-00912-EGB |
| 8 | *Confederated Tribes of the Warm Springs Reservation of Oregon v. United States*<br>No. 02-cv-00126-SGB |
| 9 | *Crow Creek Sioux Tribe v. United States*<br>No. 05-cv-1383L-MCW |
| 10 | *Delaware Tribe of Indians and the Delaware Trust Board v. United States*<br>No. 02-cv-00026-FMA |
| 11 | *Eastern Shawnee Tribe of Oklahoma v. United States*<br>No. 06-cv-00917-CFL |
| 12 | *[Eastern] Shoshone Indian Tribe of the Wind River Reservation, Wyoming v. United States / [Northern] Arapahoe Indian Tribe of the Wind River Reservation, Wyoming v. United States*<br>No. 79-cv-00458-ECH |

| No. | Names and Docket Numbers of Cases Filed In United States Court of Federal Claims |
|-----|-----------------------------------------------------------------------------------|
| 13 | *Eastern Shoshone Tribe v. United States, Northern Arapaho Tribe v. United States* <br> No. 06-cv-00903-ECH |
| 14 | *Gros Ventre Tribe and Assiniboine Tribe v. United States* <br> No. 06-cv-00931-NBF |
| 15 | *Haudenosaunee v. United States* <br> No. 06-cv-00909-TCW |
| 16 | *Hoopa Valley Tribe v. United States* <br> No. 06-cv-00908-LMB (ADR Judge Marian B. Horn) |
| 17 | *Hopi Tribe v. United States* <br> No. 06-cv-00941-CFL |
| 18 | *Iowa Tribe of Kansas and Nebraska v. United States* <br> No. 06-cv-00920-EJD |
| 19 | *Jicarilla Apache Nation v. United States* <br> No. 02-cv-00025-FMA (ADR Judge Eric G. Bruggink) |
| 20 | *Kaw Nation of Oklahoma v. United States* <br> No. 06-cv-00934-FMA |
| 21 | *Lower Brule Sioux Tribe v. United States* <br> No. 06-cv-00922-LB |
| 22 | *Makah Indian Tribe of the Makah Indian Reservation v. United States* <br> No. 06-cv-00889-LJB (ADR Judge Marian B. Horn) |
| 23 | *Miami Tribe of Oklahoma v. United States* <br> No. 06-cv-00939-ECH |
| 24 | *Muscogee (Creek) Nation of Oklahoma v. United States* <br> No. 06-cv-00918-JFM |
| 25 | *Navajo Nation v. United States* <br> No. 06-cv-00945-FMA |
| 26 | *Nez Perce Tribe v. United States* <br> No. 06-cv-00910-CFL |

| No. | Names and Docket Numbers of Cases Filed In United States Court of Federal Claims |
|-----|----------------------------------------------------------------------------------|
| 27 | *Northwestern Band of Shoshone Indians v. United States* No. 06-cv-00914-LB |
| 28 | *Oglala Sioux Tribe v. United States* No. 05-cv-1378L-RHH |
| 29 | *Omaha Tribe of Nebraska v. United States* No. 06-cv-00911-NBF |
| 30 | *Osage Nation of Oklahoma v. United States* No. 99-cv-00550-ECH (consolidates 00-169) |
| 31 | *Otoe-Missouria Tribe of Indians of Oklahoma v. United States* No. 06-cv-00937-LAS |
| 32 | *Paiute-Shoshone Indians of the Bishop Community of the Bishop Colony, California, v. United States* No. 06-cv-00897-MCW |
| 33 | *Passamaquoddy Tribe v. United States* No. 06-cv-00942-LJB (ADR Judge Marian B. Horn) |
| 34 | *Pawnee Nation of Oklahoma v. United States* No. 07-cv-00002-SGB |
| 35 | *Prairie Band of Potawatomi Indians v. United States* No. 06-cv-00921-LJB (ADR Judge Marian B. Horn) |
| 36 | *Pueblo of Laguna v. United States* No. 02-cv-00024-FMA (ADR Judge Eric G. Bruggink) |
| 37 | *Pueblo of Santa Ana v. United States* No. 06-cv-00892-LAS |
| 38 | *Quechan Tribe of the Fort Yuma Indian Reservation v. United States* No. 06-cv-00888-SGB |
| 39 | *Red Cliff Band of Lake Superior Chippewa Indians v. United States* No. 06-cv-00923-JPW |
| 40 | *Rosebud Sioux Tribe v. United States* No. 06-cv-00924-JFM |

| No. | Names and Docket Numbers of Cases Filed In United States Court of Federal Claims |
|---|---|
| 41 | *Round Valley Indian Tribes v. United States* <br> No. 06-cv-00900-SGB |
| 42 | *Salt River-Pima-Maricopa Tribes v. United States* <br> No. 06-cv-00943-LMB (ADR Judge Marian B. Horn) |
| 43 | *San Manuel Band of Serrano Missions Indians v. United States* <br> No. 06-cv-00893-CCM |
| 44 | *Seminole Nation of Oklahoma v. United States* <br> No. 06-cv-00935-GWM |
| 45 | *Soboba Band of Luiseno Indians v. United States* <br> No. 06-cv-00894-NBF |
| 46 | *Sokaogon Chippewa Community (aka Mole Lake Band of Lake Superior Chippewa Indians) v. United States* <br> No. 06-cv-00930-LJB (ADR Judge Marian B. Horn) |
| 47 | *Stillaguamish Tribe of Indians v. United States* <br> No. 06-cv-00916-NBF (ADR Judge Marian B. Horn) |
| 48 | *Swinomish Indian Tribal Community v. United States* <br> No. 06-cv-00899-FMA |
| 49 | *Three Affiliated Tribes of the Fort Berthold Indian Reservation v. United States* <br> No. 06-cv-00904-LJB (ADR Judge Marian B. Horn) |
| 50 | *Tohono O'odham Nation v. United States* <br> No. 06-cv-00944-EGB |
| 51 | *Tonkawa Tribe of Indians of Oklahoma v. United States* <br> No. 06-cv-00938-BAF (ADR Judge Marian B. Horn) |
| 52 | *United Keetoowah Band of Cherokee Indians in Oklahoma v. United States* <br> No. 06-cv-00936-TCW |
| 53 | *Ute Indian Tribe of the Uintah and Ouray Reservation v. United States* <br> No. 06-cv-00866-MCW |
| 54 | *Winnebago Tribe of Nebraska v. United States* <br> No. 06-cv-00913-MMS |

| No. | Names and Docket Numbers of Cases Filed<br>In United States Court of Federal Claims |
|-----|--------------------------------------------------------------------------------------|
| 55  | *Wyandot Nation of Kansas v. United States*<br>No. 06-cv-00919-LMB (ADR Judge Marian B. Horn) |
| 56  | *Yankton Sioux Tribe v. United States*<br>No. 05-cv-1291-LB |
| 57  | *Yomba Shoshone Tribe v. United States*<br>No. 06-cv-00896-EJD |