IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOKAOGON CHIPPEWA COMMUNITY )<br>(aka MOLE LAKE BAND OF LAKE )<br>SUPERIOR CHIPPEWA INDIANS), )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, )<br>Secretary of the Interior, et al., )<br>)<br>Defendants. )<br>_____) | Case No. 06cv02247-JR |

**NOTICE OF APPEARANCE**

To the Clerk:

In addition to the appearances of Anthony P. Hoang and Martin J. LaLonde, please enter the appearance of Carol Draper, as counsel of record for Defendants in this case. Service of all papers on Ms. Draper by regular United States mail should be made to the following mailing address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

All hand or overnight-mail deliveries to Ms. Draper should be made to the following street address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, N.W., Room 3136
Washington, D.C. 20004

Respectfully submitted this 10th day of August, 2007.

>RONALD J. TENPAS
>Acting Assistant Attorney General
>
>K. JACK HAUGRUD, Chief
>
>/s/ *Carol L. (Catherman) Draper*
>CAROL L.(CATHERMAN) DRAPER, PA Bar #39388
>ANTHONY P. HOANG, FL Bar #798193
>MARTIN J. LALONDE, IL Bar #6218249
>United States Department of Justice
>Environment and Natural Resources Division
>Natural Resources Section
>P.O. Box 663
>Washington, D.C.  20044-0663
>Tel: (202) 305-0465
>Fax: (202) 353-2021
>
>Attorneys for Defendant
>
>OF COUNSEL:
>
>SHANI WALKER
>United States Department of the Interior
>Office of the Solicitor
>Washington, D.C.  20240
>
>RACHEL M. HOWARD
>United States Department of the Treasury
>Financial Management Service
>Office of the Chief Counsel
>Washington, D.C.  20227

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing NOTICE OF APPEARANCE was served on August 10, 2007, by Electronic Case Filing on the following counsel:

Patricia Ann Marks
15992 A.E. Mullnix Road
Woodbine, MD 21797-8440
(410) 489-4553
Fax: (301) 854-5117
Email: markspattyesq@aol.com

*/s/   Carol (Catherman) Draper*
CAROL (CATHERMAN)DRAPER