IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOKAOGON CHIPPEWA COMMUNITY ) <br> (aka MOLE LAKE BAND OF LAKE ) <br> SUPERIOR CHIPPEWA INDIANS), ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, ) <br> Secretary of the Interior, et al., ) <br> ) <br> Defendants. ) <br> _____) | Case No. 06cv02247-JR |

## MOTION FOR LEAVE TO FILE OUT OF TIME

Defendant respectfully makes this motion for leave to file out of time Defendant's motion for a remand and stay of litigation. Pursuant to the Court's July 31, 2007, Order, the motion was due by August 10, 2007. Due to the need to file motions for remand in thirty-seven related cases, the motion in this case was not filed until 12:01 a.m. on August 11, 2007. Due to the late hour of this filing, Defendant was unable to contact Plaintiff's counsel to obtain counsel's position on this motion. The granting of this motion would not cause any undue prejudice or harm to the rights and interests of Plaintiff.

For these reasons, the Court should grant Defendants' Motion for Leave to File Out of Time.

Respectfully Submitted, August 11, 2007,

/s/ *Martin J. LaLonde*
MARTIN J. LALONDE, IL Bar #6218249
ANTHONY P. HOANG, FL Bar #798193
CAROL CATHERMAN, PA Bar #39388
United States Department of Justice
Environment and Natural Resources Div.
Natural Resources Section
P.O. Box 663

Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0247
Tel: (202) 305-0465
Fax: (202) 353-2021

Counsel for Defendants

OF COUNSEL:

SHANI WALKER
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20220

IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOKAOGON CHIPPEWA COMMUNITY )<br>(aka MOLE LAKE BAND OF LAKE      )<br>SUPERIOR CHIPPEWA INDIANS),      )<br>                                                               )<br>     Plaintiff,                                       )<br>                                                               )<br>     v.                                                     )<br>                                                               )<br>DIRK KEMPTHORNE,                          )<br>Secretary of the Interior, <u>et al.</u>,          )<br>                                                               )<br>     Defendants.                                  )<br>_____) | Case No. 06cv02247-JR |

**[PROPOSED] ORDER**

This matter having come before the Court on Defendants' Motion for Leave to File Out of Time Defendants' Motion for a Remand and Stay of Litigation, and the Court being advised of the premises, it is hereby ORDERED that Defendants' Motion for Leave to File Out of Time is GRANTED.

SO ORDERED.

Date:_____                                                         _____
                                                                                      HON. JAMES ROBERTSON
                                                                                      United States District Court Judge