IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOKAOGON CHIPPEWA COMMUNITY ) <br> (aka MOLE LAKE BAND OF LAKE ) <br> SUPERIOR CHIPPEWA INDIANS), ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, ) <br> Secretary of the Interior, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 06-cv-02247-JR |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

To the Clerk:

Please withdraw the appearances of Martin J. LaLonde and Carol L. Catherman Draper and enter the appearance of Matthew M. Marinelli as counsel of record for Defendants in this case. Anthony P. Hoang will continue to serve as counsel of record for Defendants.

Service of all papers on Mr. Hoang and Mr. Marinelli by regular United States mail should be made to the following mailing address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

All hand or overnight-mail deliveries to Mr. Hoang and Mr. Marinelli should be made to the following street address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, N.W., Room 3206
Washington, D.C. 20004

Respectfully submitted this 28th day of November, 2007,

>RONALD J. TENPAS
>Acting Assistant Attorney General
>
>ANTHONY P. HOANG
>Anthony.Hoang@usdoj.gov
>FL Bar # 798193
>
>*/s/ Matthew M. Marinelli*
>MATTHEW M. MARINELLI
>Matthew.Marinelli@usdoj.gov
>IL Bar # 6277967
>United States Department of Justice
>Environment and Natural Resources Division
>Natural Resources Section
>P.O. Box 663
>Washington, D.C. 20044-0663
>Tel: (202) 305-0241
>Tel: (202) 305-0293
>Fax: (202) 353-2120
>
>Attorneys for Defendants

OF COUNSEL:

KENNETH DALTON
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

    I hereby certify that, on November 28, 2007, I electronically transmitted the foregoing NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL to the Clerk of the Court, using the ECF system for filing, and caused the ECF system to transmit a Notice of Electronic Filing to the counsel of record listed on the ECF system for this case.

                                          */s/   Matthew M. Marinelli*
                                          **MATTHEW M. MARINELLI**