IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOKAOGON CHIPPEWA COMMUNITY aka THE MOLE LAKE BAND OF LAKE SUPERIOR CHIPPEWA INDIANS,<br><br>    Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior, et al.,<br><br>    Defendants. | Case No. 06-cv-02247-JR |

## NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearance of Kevin E. Regan as counsel of record for Defendants in this case. Anthony P. Hoang and Matthew M. Marinelli will continue to serve as counsel of record for Defendants.

    Service of all papers on Mr. Hoang, Mr. Marinelli, and Mr. Regan by regular United States mail should be made to the following mailing address:

    United States Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    P.O. Box 663
    Washington, D.C. 20044-0663

    All hand or overnight-mail deliveries to Mr. Regan should be made to the following street address:

    United States Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    601 D Street, N.W., Room 3204
    Washington, D.C. 20004

Respectfully submitted this 29th day of November, 2007,

          RONALD J. TENPAS
          Acting Assistant Attorney General


*/s/ Kevin Regan*
KEVIN REGAN, OR Bar # 044825
kevin.regan@usdoj.gov
ANTHONY P. HOANG, FL Bar # 798193
MATTHEW M. MARINELLI, IL Bar # 6277967

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-3022
Tel: (202) 305-0241
Tel: (202) 305-0293
Fax: (202) 353-2120

Attorneys for Defendants

OF COUNSEL:

SHANI WALKER
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 29, 2007, I electronically transmitted the foregoing NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL to the Clerk of the Court, using the ECF system for filing, and caused the ECF system to transmit a Notice of Electronic Filing to the counsel of record listed on the ECF system for this case.

>   */s/   Kevin E. Regan*
>   **KEVIN E. REGAN**