UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOKAOGON CHIPPEWA COMMUNITY, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> KEMPTHORNE, ET AL., : <br> : <br> Defendants. : <br> : | Civil Action No. 06-2247 (JR) |

**STATUS REPORT OF THE SOKAOGON CHIPPEWA COMMUNITY**

Pursuant to the Court's December 19, 2007 Memorandum Order, after conferring with Defendant United States of America, the Sokaogon Chippewa Community requests that the Court impose a six-month stay in proceedings in the above-captioned case. The parties have determined that there is potential resolution through an informal exchange of discovery after which the parties will embark in negotiations or, if necessary, mediation to resolve Plaintiff's claims.

At this point, Plaintiff is not interested in administrative closure. It may be a more efficient use of the Court's time to permit the parties to litigate contested issues with respect to discovery and other pretrial matters while the case is pending, rather than seek to reopen the case in the six-month stay period.

The parties have already agreed upon a methodology for an informal discourse of relevant documents, and are willing to report to the Court as to progress at whatever interval the Court deems appropriate and necessary.

Dated this 25th day of January, 2008.

**Patricia Marks, Esq.**

_____**/s/**_____

Patricia Marks, Esq.

15992 A.E. Mullinix Road

Woodbine, Maryland 21797

410-489-4553

Bar # 446702

**REYNOLDS & ASSOCIATES**

_____/s/_____

Glenn C. Reynolds
State Bar No. 1017065
Attorney for Plaintiff
Sokaogon Chippewa Community

407 East Main Street
Madison, WI  53703
608/257-3621 (tel)
608/257-5551 (fax)

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Status Report of the Sokaogon Chippewa Community was served on the following parties by electronic case filing and U.S. Mail, first class postage prepaid, and by e-mail or facsimile where indicated:

Attorney Anthony Hoang
United States Department of Justice
Environment and Natural Resources Div.
P.O. Box 663
Washington, D.C. 20044-0663

Attorney Martin LaLonde
United States Department of Justice
Environment and Natural Resources Div.
P.O. Box 663
Washington, D.C. 20044-0663

Attorney Candace Beck
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

Attorney Patricia Marks
15992 A.E. Mullinix Road
Woodbine, MD 21797-8440

Attorney Teresa Dawson
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

Dated this 25th day of January, 2008.

                                                        /s/
                                       Stephanie Klauser