UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SOKAOGON CHIPPEWA COMMUNITY
3051 Sand Lake Rd.
Crandon, Wisconsin 54520

Plaintiff,

v.                                                              Case No. 1:06-CV-2247 (JR)

DIRK KEMPTHORNE
Secretary of the Interior
U.S. Dep. of the Interior
1849 C. Street, N.W.
Washington, D.C.  20240

ROSS O. SWIMMER
Special Trustee
Office of Special Trustee for American Indians
U.S. Dep. of the Interior
1849 C. Street, N.W.
Washington, D.C.  20240

HENRY PAULSON
Secretary of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C.  20220

Defendants.

MOTION FOR ADMISSION PRO HAC VICE

    Pursuant to LCvR 83.2(d), the undersigned attorney, Patricia Marks, a member in good standing of the bar of this Court, accompanied by Glenn C. Reynolds, a member in good standing of the State Bar of Wisconsin, hereby respectfully move this Court to permit Glenn C. Reynolds to appear pro hac vice in the above entitled action on behalf of the Plaintiff.  This motion is supported by the accompanying Declaration of Glenn C. Reynolds prepared and submitted in accordance with LCvR 83.2(d) which demonstrates that Attorney Reynolds meets all the requirements of that local rule.  This Motion has been discussed with Attorneys for the United States and they have no objection.

    Respectfully submitted this 29th day of January 2008.

                    /s/
_____
Patricia Marks
U.S. District Court Bar # 22672
15992 A.E. Mullinix Road
Woodbine, Maryland 21707


                    /s/
_____
Glenn C. Reynolds
Reynolds & Associates
407 East Main St.
Madison, WI  53704
(608) 257-3621

<u>UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA</u>

SOKAOGON CHIPPEWA COMMUNITY

    Plaintiff,

v.                                                          Case No. 1:06-CV-2247 (JR)

DIRK KEMPTHORNE, et. al

    Defendant

<u>DECLARATION TO ACCOMPANY MOTION FOR ADMISSION PRO HAC VICE</u>

    As required by LCvR 83.2(d), I, Glenn C. Reynolds, declare under penalty of perjury as follows:

1.    My legal name is Glenn C. Reynolds.

2.    My office address and telephone number are:
        Reynolds & Associates
        407 East Main Street
        Madison, WI  53703
        (608) 257-3621

3.    I have been a member of the State Bar of Wisconsin since June 22, 1977.  I am also admitted to practice law before the following courts:

    The United States District Court for the Western District of Wisconsin.  Admitted – April 1979

    The United States District Court for the Eastern District of Wisconsin.  Admitted – March 1984

    The United States 7th Circuit Court of Appeals.  Admitted – May 1984

    The United States Supreme Court.  Admitted - July 1986.

4.    I have never been disbarred or suspended from the practice of law.  I have also not been disciplined by any Bar.

5.    I have not been admitted to appear *pro hac vice* in the United States District Court for the District of Columbia within the last two years.

      6.    I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this 29th day of January , 2008.

                                                 /s/  
                                        Glenn C. Reynolds  
                                        Reynolds & Associates  
                                        407 East Main St.  
                                        Madison, WI  53704  
                                        (608) 257-3621

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SOKAOGON CHIPPEWA COMMUNITY

    Plaintiff,

v.                                                                    Case No. 1:06-CV-2247 (JR)

DIRK KEMPTHORNE, et. al

    Defendants

PROPOSED ORDER FOR ADMISSION PRO HAC VICE

For the reasons set for in the Declaration filed by Attorney Glen Reynolds and the Motion filed by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of the Attorney Reynold's Declaration dated January 29, 2008, which demonstrates that Attorney Reynolds meets all of the requirements of LCvR83.2(d).  It is ORDERED, this _____ day of _____, 20068 that Attorney Glen Reynold's Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

 

_____
James Robertson
United States District Court Judge