UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 0 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SOKAOGON CHIPPEWA COMMUNITY,          :
                                      :
            Plaintiff,                :
                                      :
     v.                               :   Civil Action No. 06-2247 (JR)
                                      :
DIRK KEMPTHORNE, Secretary of         :
the Interior, *et al.*,               :
                                      :
            Defendants.               :

ORDER

Upon consideration of plaintiff's motion for the *pro hac vice* appearance of Glenn C. Reynolds [24], it is

ORDERED that leave to appear *pro hac vice* will be granted only upon condition that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

_____
JAMES ROBERTSON
United States District Judge