**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SOKAOGON CHIPPEWA COMMUNITY, :
:
    Plaintiff, :
:
  v. : Civil Action No. 06-2247 (JR)
:
DIRK KEMPTHORNE, Secretary of :
the Interior, *et al*., :
:
    Defendants. :

**ORDER**

Upon review of the status report and recommendation for stay filed by plaintiff on 1/25/08, there being no opposition, it is **ORDERED** that all proceedings in this case are **stayed** until 7/25/08 and that one or both parties file a status report on or before 7/25/08.

                                  JAMES ROBERTSON
                       United States District Judge