IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOKAOGON CHIPPEWA COMMUNITY )<br>(aka MOLE LAKE BAND OF LAKE )<br>SUPERIOR CHIPPEWA INDIANS), )<br>   )<br>   Plaintiff, )<br>   )<br>v. )<br>   )<br>DIRK KEMPTHORNE, )<br>Secretary of the Interior, et al., )<br>   )<br>   Defendants. )<br>_____) | Case No. 06-cv-02247-JR |

**PARTIES' JOINT STIPULATION REGARDING
CONFIDENTIALITY OF SETTLEMENT DISCUSSIONS,
AND [PROPOSED] ORDER**

WHEREAS Plaintiff Sokaogon Chippewa Community (aka Mole Lake Band of Lake Superior Chippewa Indians) ("Plaintiff") has filed this case seeking declaratory and injunctive relief against Defendants related to the trust accounting and trust management responsibilities allegedly owed by Defendants to Plaintiff;

WHEREAS Plaintiff and Defendants (hereinafter "the parties") desire to enter into discussions that may result in a settlement of Plaintiff's claims at issue in this case, without the need for protracted litigation;

WHEREAS the parties agree that they will conduct settlement discussions with the clear, explicit, and mutual understanding that all of their settlement communications, whether written or oral, will be kept confidential and not be released to any other person or entity;

WHEREAS the parties agree that they will mark clearly the written communications relating to their settlement discussions with the label or endorsement "Confidential Settlement Discussions—Do Not Disclose"; and

WHEREAS the parties agree that their ability to resolve or advance the resolution of Plaintiff's claims at issue in this case, in an efficient and resource-conserving manner and without the need for protracted litigation, will be significantly diminished if the parties cannot rely on the expectation that the settlement discussions will be kept confidential,

THE PARTIES HEREBY STIPULATE AND AGREE TO THE FOLLOWING:

1. For the purposes of this Joint Stipulation and Order, the term "settlement communications" means any communications made, exchanged, or provided by Plaintiff; Plaintiff's attorneys, representatives, employees, agents, or consultants; Defendants; or Defendants' attorneys, representatives, employees, agents, or consultants, in, or for purposes of, settling this case, regardless of whether the communications are oral, written, electronic, telephonic, or otherwise. "Settlement communications" include but are not limited to those provided in or through meetings, telephone calls, correspondence, briefs, or memoranda not filed with the Court, reports, appraisals, or any other documents, and any part thereof.

2. All settlement communications in this case, whether written or oral, shall be kept confidential, and they shall not be disclosed to any person or entity seeking their disclosure by any means, including but not limited to requests submitted to the United States Department of the Interior, the United States Department of the Treasury, and the United States Department of Justice, under the Freedom of Information Act, 5 U.S.C. § 552.

3. Until further order of this Court, this Joint Stipulation and Order shall remain in full force and effect after the dismissal of the case and regardless of whether the parties reach settlement.

Respectfully submitted this 10th day of June, 2008,

<table>
<tr><td>

*/s/ Glenn C. Reynolds, by /s/ Matthew M. Marinelli pursuant to written authorization on June 3, 2008*
GLENN C. REYNOLDS
WI Bar # 1017065
Reynolds & Associates
407 East Main Street
Madison, WI 53703-4276
Tel: (608) 257-3621
Fax: (608) 257-5551

PATRICIA A. MARKS
15992 A.E. Mullinix Road
Woodbine, MD 21797-8440
Tel: (410) 489-4553
Fax: (301) 854-5117

Attorneys for Plaintiff

</td><td>

RONALD J. TENPAS
Assistant Attorney General

*/s/ Matthew Marinelli*
MATTHEW MARINELLI, IL Bar # 6277967
ANTHONY P. HOANG, FL Bar # 798193
KEVIN E. REGAN, OR Bar # 044825
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0293
Tel: (202) 305-0241
Tel: (202) 305-3022
Fax: (202) 353-2021

Attorneys for Defendants

OF COUNSEL:

SHANI WALKER
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

</td></tr>
</table>

## **[PROPOSED] ORDER**

SO ORDERED.

Date: _____                             _____
                                                  HON. JAMES ROBERTSON
                                                  United States District Court